```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

JAMES STEWART
                                        CALENDAR NOTICE
-V-                                     CV 17-3037 (JS)(AYS)

SELIP & STYLIANOU, LLP

------------------------------X

APPEARANCES:

For plaintiff(s):
Mitchell Pashkin, Esq.
775 Park Av.   #255
Huntington  NY 11743

For Defendants:
Mitchell Selip, Esq.
Sestino Barone, Esq.
Selip & Stylianou
199 Crossways Park Dr.
P.O. Box 9004
Woodbury  NY 11797
```

    THE ABOVE-REFERENCED CASE IS SCHEDULED FOR A PRE-MOTION CONFERENCE BEFORE JUDGE JOANNA SEYBERT RE: PROPOSED MOTION TO DISMISS **AT 11:00AM ON THURSDAY, NOV. 9, 2017.** A BRIEFING SCHEDULE WILL BE SET, AS APPROPRIATE.

    SHOULD THE COURT ALSO ENTERTAIN SETTLEMENT DISCUSSIONS, COUNSEL SHALL HAVE SETTLEMENT AUTHORITY OR BE ABLE TO CONTACT SOMEONE WITH AUTHORITY.

    PLEASE REPORT TO COURTROOM 1030 AT THE CENTRAL ISLIP COURTHOUSE, FEDERAL PLAZA, SPUR DR. NORTH OFF CARLETON AV.(CR 17)(SOUTHERN STATE PKWY. EXIT 43A).

    TO MINIMIZE THE RISK OF UNDELIVERED MAIL/E-MAIL, COUNSEL ARE REQUESTED TO CONFIRM RECEIPT OF THIS NOTICE <u>WITH EACH OTHER</u>.

```
                            _____/s/_____
                            CHARLES J. BARAN,
                            COURTROOM DEPUTY CLERK FOR
                            HON. JOANNA SEYBERT
DATED: SEP. 28, 2017
       CENTRAL ISLIP  NY
```