**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JAMES STEWART, on behalf of himself
and all others similarly situated,

                    Plaintiff,

        - against -

SELIP & STYLIANOU, LLP,

                    Defendant.
---------------------------------------------------------X

**JUDGMENT**
CV 17-2745 (JS)(SIL)

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on September 30, 2018 adopting in its entirety the July 26, 2018 Report and Recommendation of United States Magistrate Judge Steven I. Locke, denying Plaintiff's motion for summary judgment, granting defendant's motion for summary judgment, dismissing the Complaint with prejudice, and directing the Clerk of the Court to enter judgment accordingly and to mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiff James Stewart take nothing of Defendant Selip & Stylianou, LLP; that Plaintiff's motion for summary judgment is denied; that Defendant's motion for summary judgment is granted; that the Complaint is dismissed with prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
       September 30, 2018

                                                  DOUGLAS C. PALMER
                                                  CLERK OF THE COURT
                                    By:  /s/ James J. Toritto
                                               Deputy Clerk