UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x        17-cv-02745 (JS)(SIL)
JAMES STEWART, ON BEHALF OF HIIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                Plaintiff
   vs.

  SELIP & STYLIANOU, LLP,

               Defendant

-------------------------------------------------------------------x

## BILL OF COSTS

Judgment having been entered in the above entitled action on September 30, 2018 against the

Plaintiff, James Stewart, the Clerk is requested to tax the following as costs:

Fees of the Clerk……………………………………………………………………….$400.00

Fees for printed and electronically recorded transcripts necessarily obtained for use

in the case……………………………………………………………………………$1,346.50

TOTAL………………………………………………………………………………..$1,746.50

### Declaration

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties via electronic service.

DATED: October 19, 2018

                                            ROBERT L. ARLEO, ESQ. P.C.

                               By: / s /      *Robert L. Arleo*
                                  ROBERT L. ARLEO
                                  Attorney for the Defendant
                                  380 Lexington Avenue, 17th Floor
                                  New York, New York  10168
                                  Tel.: (212) 551-1115
                                  Fax: (518) 751-1801
                                  Email: robertarleo@gmail.com

**Taxation of costs**

Costs are taxed in the amount of $1,746.50 and included in the judgment.

|  | By: |  |
|---|---|---|
| Clerk of Court | Deputy Clerk | Date |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924, Verification of bill of costs"

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees:

Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorneys fees—should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**Rule 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**Rule 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorneys fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order

that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as timely motion under Rule 59.